FILED IN
COURT OF CRIMINAL APPEALS

SEP 28 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 28 2016

Abel Acosta, Clerk

No. PD-0336-16

# IN THE

# COURT OF CRIMINAL APPEALS
# AUSTIN, TEXAS

## GREGORY CARL LOHN

### V.

## THE STATE OF TEXAS

## PRO SE MOTION FOR INJUNCTIVE RELIEF

TO THE HONORABLE JUDGES OF THE
COURT OF CRIMINAL APPEALS:

Comes Now, Gregory Carl Lohn,
Petitioner, And files this Pro Se Motion
for Injunctive Relief. IN support of this
motion, Petitioner shows the Court the following:

### I.

On May 20, 2016, Petitioner filed A
Motion for Petition for Discretionary Review,
No. PD-0336-16, with the Court of

Criminal Appeals of Texas stating that the Court of Appeals mistakenly ignored the one Appealed point of error which they Argued by citing Cuevas V. State, 742 S.W. 2d 331, 336 n4 (Tex. Crim. App. 1987) And Forster V. State, 101 S.W. 3d 499 (Tex. App. - Houston [1st Dist] 2002, No pet.) While the Court is Authorized to ignore multifarious points of error, this one Appealed point of error obviously proves a cause and effect harm that Can be proven by a complete harm ANAlysis that must be compiled for the sake of Justice <u>II</u>.

On August 3, 2016, Petitioner received Notice by mail that his Petition for Discretionary Review has been refused.

## III.

On August 5, 2016, Petitioner filed a Pro Se Motion for Rehearing of the Petition for Discretionary Review, En Banc, by mail.

## IV.

On August 26, 2016, Petitioner received Notice by mail that his Pro Se Motion for Rehearing was rejected for Non-compliance with Rule 79.2(c) T.R.A.P.

## V.

This motion for Injunctive Relief asks the Court to reexamine Petitioner's Pro Se Motion for Rehearing, PD-0336-16, as it was grounded on a request that was certified. Additionally, Rule 79.2(c) T.R.A.P. is Amended so the Certification requirement is Changed to encompass a broader basis for rehearing.

# VI.

For the reasons stated above, Petitioner prays that the Court grant this Pro Se Motion for Injunctive Relief in Case No. PD-0336-16 to reverse and send the case back to the Court for a rehearing.

Respectfully submitted,

_Gregory Carl Lohn_

Gregory Carl Lohn
Petitioner, Pro se
TDCJ-ID # 2005437
Texas Department of Criminal Justice
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

## CERTIFICATE OF SERVICE

I, Gregory Carl Lohn, TDCJ# 2005437, being presently incarcerated in the Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas verify And declare under penalty of perjury that the foregoing statements are true And Correct.

Executed on this the 1st day of September 2016.

Gregory Carl Lohn

TDCJ# 2005437

Gregory Carl John #2005437
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

S

LEGAL MAIL

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

